UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JA'COREY L. MAYS,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID PARAMO,<br><br>    Respondent. | Case No. 18-cv-03529 NC (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner is challenging a conviction he suffered in Sacramento County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED:   June 29, 2018

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 18-cv-03529  NC (PR)
ORDER OF TRANSFER