UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JA'COREY L. MAYS, | No. 2:18-cv-1897 KJN P |
| Petitioner, | |
| v. | ORDER |
| DAVID PARAMO, | |
| Respondent. | |

This petition for writ of habeas corpus was dismissed without prejudice on September 17, 2018, based on petitioner's failure to exhaust his state court remedies. On November 20, 2018, petitioner wrote the clerk and asked the clerk to send "the full discovery to case number 99F05030 from 9/24/1999," as well as a copy of "the minute order." (ECF No. 16.) Petitioner is advised that this court does not have a case number 99F05030, rather, it appears that petitioner may be seeking documents from a state court but inadvertently filed his request with our clerk. Because petitioner's request cannot be paired with a pending case, his request is denied. Petitioner is advised that documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings. Accordingly, IT IS HEREBY ORDERED that petitioner's request (ECF No. 16) is denied.

Dated: December 6, 2018

/mays1897.158

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE